BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
         jbirn@wsgr.com
         cmoreno@wsgr.com

NICHOLAS R. MILLER, State Bar No. 274243
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: nmiller@wsgr.com

Attorneys for the Individual Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN DRULIAS, derivatively on behalf of TRUECAR, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL GUTHRIE, et al.,<br><br>       Defendant(s). | Case No. 2:19-cv-01636-SVW-AGR<br><br>**INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Hon. Stephen V. Wilson<br><br>Hearing Date: July 15, 2019<br>Time: 1:30 p.m.<br>Location: 10A |

INDIVIDUAL DEFENDANTS' NOTICE OF
MOT. AND MOT. TO DISMISS
CASE NO. 2:19-CV-01636-SVW-AGR

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2019 at 1:30 p.m. or as soon thereafter as the matter may be heard, in the U.S. District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, 10th Floor, Courtroom 10A, Los Angeles, California, 90012, Michael Guthrie, Victor "Chip" Perry, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols, Ion Yadigaroglu, and John Mendel (the "Individual Defendants"), through their undersigned counsel, hereby move to dismiss the Verified Amended Shareholder Derivative Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) (the "Reform Act").

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 6, 2019.

Individual Defendants seek dismissal for failure to adequately allege facts sufficient to state a claim with the specificity required by Rule 9(b) and the Reform Act, and for lack of subject matter jurisdiction over unripe claims. This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Catherine Moreno filed concurrently herewith, the accompanying Request for Judicial Notice, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.

Dated:  May 13, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Boris Feldman
Boris Feldman

*Attorneys for Individual Defendants Michael Guthrie; Victor ("Chip") Perry; John Pierantoni; Abhishek Agrawal; Robert Buce;*

INDIVIDUAL DEFENDANTS' NOTICE OF
MOT. AND MOT. TO DISMISS
CASE NO. 2:19-CV-01636-SVW-AGR

-1-

*Christopher Claus; Steven Dietz; John Krafcik; Erin Lantz; Wesley Nichols; Ion Yadigaroglu; and John Mendel*

INDIVIDUAL DEFENDANTS' NOTICE OF
MOT. AND MOT. TO DISMISS
CASE NO. 2:19-CV-01636-SVW-AGR

-2-