UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Dean Drulias, | ) | CASE NO.: 2:19-cv-01636-SVW-AGR |
|---|---|---|
| Plaintiff | ) | JUDGMENT |
| vs. | ) | |
| Michael Guthrie et al, | ) | JS - 6 |
| Defendant. | ) | |

Judgment is entered in favor of defendants and against plaintiff

DATE: November 18, 2019

STEPHEN V. WILSON, U.S. DISTRICT JUDGE