David E. Bower (BAR# 119546)
**MONTEVERDE & ASSOCIATES PC**
600 W. Corporate Pointe, Ste. 1170
Culver City, CA 90230
Telephone: (213) 446-6652
Facsimile: (212) 202-7880
Email: dbower@monteverdelaw.com

*Attorneys for Plaintiff Dean Drulias*

[Additional counsel on signature page]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEAN DRULIAS, derivatively on behalf of TRUECAR, INC.,

        Plaintiff,

   vs.

MICHAEL GUTHRIE, et al.,

        Defendants.

Case No.: 2:19-cv-01636-SVW-AGR

**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Hon. Stephen V. Wilson

Complaint filed: March 6, 2019

### NOTICE OF APPEAL

Notice is hereby given that plaintiff Dean Drulias ("Plaintiff"), Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment in favor of Defendants and against Plaintiff entered November 18, 2019 (Dkt. No. 92), and the related orders granting Defendants' motions to dismiss Plaintiffs' shareholder derivative claims with leave

1

to amend, entered October 23, 2019 (Dkt. No. 89), and October 25, 2019 (Dkt. No. 90).[1]

## REPRESENTATION STATEMENT

Counsel and the parties in this action are listed in the following Representation Statement as required by Ninth Circuit Rule 3-2.

**Counsel for Plaintiff-Appellant Dean Drulias**

David E. Bower (BAR #119546)
MONTEVERDE & ASSOCIATES PC
600 W. Corporate Pointe, Ste. 1170
Culver City, CA 90230
Telephone: (213) 446-6652
Facsimile: (212) 202-7880
Email: dbower@moneverdelaw.com

Beth A. Keller
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Ste. 4405
New York, NY 10118
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
Email: bkeller@monteverdelaw.com

Laurence D. Paskowitz
PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
Email: lpaskowitz@pasklaw.com

**Counsel for Nominal Defendant-Appellee TrueCar, Inc. and Individual Defendants-Appellees Michael Guthrie, Victor "Chip" Perry, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols, Ion Yadigaroglu and John Mendel**

Boris Feldman (BAR #128838)
Jerome F. Birn (BAR # 128561)
Catherine E. Moreno (BAR # 264517)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: boris.feldman@wsgr.com
        jbirn@wsgr.com
        cmoreno@wsgr.com

---

[1] On November 5, 2019, Plaintiff filed a Notice of Plaintiff's Intent to Stand Upon Complaint and Request for Entry of Judgment (Dkt. No. 91). *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) ("[A] plaintiff may obtain an appealable final judgment by filing in writing a notice of intent not to file an amended complaint.") (internal quotation marks omitted).

**Counsel for Defendant-Appellee United Services Automobile Association**

Brian M. Lutz (BAR # 255976)
Michael J. Kahn (BAR # 303289)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Email: blutz@gibsondunn.com
          mjkahn@gibsondunn.com

Dated: December 13, 2019          Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

By: */s/ David E. Bower*
    David E. Bower (BAR #119546)
600 W. Corporate Pointe, Ste. 1170
Culver City, CA 90230
Telephone: (213) 446-6652
Facsimile: (212) 202-7880
Email: dbower@monteverdelaw.com

-and-

Beth A. Keller
The Empire State Building
350 Fifth Avenue, Ste. 4405
New York, NY 10118
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
Email: bkeller@monteverdelaw.com

3

**PASKOWITZ LAW FIRM P.C.**
Laurence D. Paskowitz
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
Email: lpaskowitz@pasklaw.com

*Attorneys for Plaintiff Dean Drulias*

4

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2019, a copy of the foregoing document was filed electronically with the with the Clerk of the Court using the CM/ECF system, which will send notification and a copy of such filing to all counsel of record.

/s/ David E. Bower
David E. Bower