UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEAN DRULIAS, derivatively on behalf of Truecar, Inc.,<br><br>                Plaintiff-Appellant,<br><br> v.<br><br>MICHAEL GUTHRIE; et al.,<br><br>                Defendants-Appellees,<br><br> and<br><br>SUBASH D'SOUZA; et al.,<br><br>                Intervenors. | No.   19-56455<br><br>D.C. No.<br>2:19-cv-01636-SVW-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' stipulated motion to dismiss this appeal voluntarily (Docket 34) is granted.  Fed. R. App. P. 42(b).  This appeal is dismissed and removed from the December 11, 2020 calendar.  The parties shall each bear its own fees and costs on appeal.

A copy of this order shall serve as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7